# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2020 KW 0653

VERSUS

DONOVAN THOMPSON                              **NOVEMBER 19, 2020**

---

In Re:     Donovan Thompson, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. 08-04-0057.

---

**BEFORE:    GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT DENIED.** The record of the East Baton Rouge Parish Clerk of Court's Office reflects that the district court denied the motion to correct an illegal and invalid sentence on December 26, 2019. A copy of the minute entry and the ruling on the motion were forwarded to relator. Relator may seek review of the ruling on the motion to correct an illegal and invalid sentence with this court without the necessity of obtaining a return date. If relator elects to file a new application, it must be submitted to this court by February 5, 2021, and the application must include a copy of this ruling, the motion to correct an illegal sentence, the ruling on the motion, the criminal court minutes and/or transcript of the habitual offender hearing, and the minute entry of the 2015 amendment of relator's sentence.

                              JMG
                              PMc
                              WIL

COURT OF APPEAL, FIRST CIRCUIT

_____
        DEPUTY CLERK OF COURT
          FOR THE COURT